UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
APR 5 2022
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DALLAS MICHAEL ACOFF, AKA "DAL,"<br><br>Defendant. | Criminal No. 5:22-cr-13<br>Violations:   21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 860 |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Distribution of Cocaine Base within 1000 Feet of a Protected Location)

On or about August 5, 2021, in Ohio County, in the Northern District of West Virginia, defendant, **DALLAS MICHAEL ACOFF, AKA "DAL,"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency within 1000 feet of real property comprising the Fulton Playground; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860.

## COUNT TWO

(Possession with Intent to Distribute Cocaine Base)

On or about February 2, 2022, in Ohio County, in the Northern District of West Virginia, defendant **DALLAS MICHAEL ACOFF, AKA "DAL,"** did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Possession with Intent to Distribute Cocaine)

On or about February 2, 2022, in Ohio County, in the Northern District of West Virginia, defendant **DALLAS MICHAEL ACOFF, AKA "DAL,"** did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, also known as "coke," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

(Possession with Intent to Distribute Methamphetamine)

On or about February 2, 2022, in Ohio County, in the Northern District of West Virginia, defendant **DALLAS MICHAEL ACOFF, AKA "DAL,"** did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Possession with Intent to Distribute Fentanyl)

On or about February 2, 2022, in Ohio County, in the Northern District of West Virginia, defendant **DALLAS MICHAEL ACOFF, AKA "DAL,"** did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853, and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

A True Bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Shawn M. Adkins
Assistant United States Attorney